**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

YELITZA PICON *and on behalf of all other persons similarly situated*,

                                           Plaintiff,

                    ORDER

          -against-

                    19 Civ. 7543 (GBD)

GREENE NAFTALI GALLERY INC.,

                                       Defendant.

-----------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
           November 4, 2019

                                                        SO ORDERED.

                                                        GEORGE B. DANIELS
                                                        United States District Judge