UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

YELITZA PICON AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED

　　　　　　Plaintiff,

　　　v.

GREENE NAFTALI GALLERY INC.

　　　　　　Defendant.

----------------------------------------x

Civil Action Number: 19-cv-07543

**Stipulation of Dismissal**



IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YELITZA PICON, and Defendant, GREENE NAFTALI GALLERY INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
　　　　January 2, 2020

**COOLEY LLP**

_____
Sarah M. Lightdale, Esq.
55 Hudson Yards
New York, New York 10001
(212) 479-6374
Attorneys for Defendants

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:   JAN 07 2020

_____
United States District Court Judge